**95–708.** State v. Gause. *Lorain County*, No. 92CA005444. On motion for leave to file delayed appeal. Motion denied.

**95–710.** State v. Blackburn. *Franklin County*, No. 94APA05–654. On motion for leave to file delayed appeal. Motion granted.

DOUGLAS, F.E. SWEENEY and COOK, JJ., dissent.

**95–718.** In re Caldwell. *Franklin County*, Nos. 94APF07–996 and 94APF07–997. On review of order certifying a conflict. The court determines that a conflict exists; the parties are to brief the following issue stated in the court of appeals' Journal Entry, filed March 28, 1995: "For the reasons in the memorandum decision of this court rendered herein on March 23, 1995, it is the order of this court that the motion to certify the judgment of this court as being in conflict with the judgments of the Court of Appeals for Cuyahoga County in *In re Samkas* (1992), 80 Ohio App.3d 240, 608 N.E.2d 1172, and *In re Bremmer* (Apr. 1, 1993), Cuyahoga App. No. 62088, unreported, is sustained, and, pursuant to Section 3(B)(4), Article IV, Ohio Constitution, the record of this case is certified to the Supreme Court of Ohio for review and final determination upon the following issue in conflict: On the question of whether or not juvenile courts have jurisdiction to impose consecutive commitment orders to the Ohio Department of Youth Services."

WRIGHT and F.E. SWEENEY, JJ., dissent.

**95–732.** State v. Mason. *Hamilton County*, No. C–75433. On motion for leave to file delayed appeal. Motion denied.

**95–738.** State v. Smith. *Miami County*, No. 93CA39. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., dissents.

**95–744.** State v. Ferguson. *Sandusky County*, No. S–93–49. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., dissents.

**95–745.** State v. Harris. *Hamilton County*, No. C–930745. On motion for leave to file delayed appeal. Motion denied.

## DISCRETIONARY APPEALS ALLOWED

**95–109.** Motorists Mut. Ins. Co. v. Nussbaum. *Stark County*, No. 1994CA00104. Discretionary appeal and cross-appeal allowed.

MOYER, C.J., WRIGHT and COOK, JJ., dissent.

**95–135.** Ramsey v. Auto–Owners Ins. Co. *Lucas County*, No. L–94–156. Discretionary appeal allowed. *Sua sponte*, cause held for the decision in 94–2765, *Girgis v. State Farm Mut. Auto. Ins. Co.*, Cuyahoga County, No. 66970; briefing schedule stayed.

MOYER, C.J., WRIGHT and COOK, JJ., dissent.

PEGGY BRYANT, J., of the Tenth Appellate District, sitting for RESNICK, J.

**95–269.** Schaefer v. Allstate Ins. Co. *Franklin County*, No. 94APE04–507.

MOYER, C.J., WRIGHT and COOK, JJ., dissent.

**95–301.** Mauzy v. Kelly Serv., Inc. *Lake County*, No. 94–L–029.

MOYER, C.J., WRIGHT and COOK, JJ., dissent.

**95–313.** Graham v. Drydock Coal Co. *Athens County*, No. 93CA1599.

RESNICK and F.E. SWEENEY, JJ., dissent.

**95–387.** Ohio Civ. Rights Comm. v. Case W. Res. Univ. *Cuyahoga County*, No. 66721. (Appeal by Ohio Civil Rights Commission; second appeal by Cheryl A. Fischer; and motion for leave to exceed page limit.) Motions granted.

RESNICK, J., would deny the motion for leave to exceed page limit.